
Case 1:12-cr-00669-RDB   Document 1   Filed 12/20/12   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED
DISTRICT OF MARYLAND
2012 DEC 20 P 5:35
CLERK'S OFFICE
AT BALTIMORE
BY ____

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. RDB-12-0669 |
| FATIH SONMEZ, | * (Marriage Fraud, 8 U.S.C. § 1325(c); |
| TINA ECKLOFF, | * Aiding and Abetting, 18 U.S.C. § 2) |
| ZAFER BOZKURT, | * |
| and | * UNDER SEAL |
| HAKAN MERAL, | * |
| Defendants. | * |

...ooOoo...

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

**COUNT ONE**
**(Marriage Fraud)**

On or about November 18, 2008, in the District of Maryland, the defendants,

**FATIH SONMEZ,**
**TINA ECKLOFF,**
**ZAFER BOZKURT,**
**and**
**HAKAN MERAL,**

knowingly and unlawfully entered into, or aided and abetted another to enter into, a marriage between **FATIH SONMEZ**, an alien, and **TINA ECKLOFF**, a United States citizen, for the purpose of evading a provision of the immigration laws of the United States.

8 U.S.C. § 1325(c)
18 U.S.C. § 2

Rod J. Rosenstein /PM/
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

12/20/2012
Date